| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
**Plantation Sweets, Inc.**

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
**58-2232164**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1652 Ronny Collins Road** <br> **Cobbtown, GA 30420** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Tattnall** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Plantation Sweets, Inc.** _____  Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor   **Plantation Sweets, Inc.**                                   Case number (*if known*)
         Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name  _____
         Phone  _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 12, 2016**
              MM / DD / YYYY

**X** **/s/ Ronald A. Collins**                              **Ronald A. Collins**
Signature of authorized representative of debtor             Printed name

Title   **President/CEO**

**18. Signature of attorney**

**X** **/s/ James L. Drake, Jr.**                            Date  **July 12, 2016**
Signature of attorney for debtor                                   MM / DD / YYYY

**James L. Drake, Jr.**
Printed name

**James L. Drake, Jr. P.C.**
Firm name

**P.O. Box 9945**
**Savannah, GA 31412**
Number, Street, City, State & ZIP Code

Contact phone  **(912) 790-1533**     Email address _____

_____
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Plantation Sweets, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ACMA (TBS Factoring)**<br>P.O. Box 210513<br>Kansas City, MO 64121-0513 | | | | | | $27,047.64 |
| **Amerigas**<br>8951 US Hwy 301S<br>Statesboro, GA 30459 | | | | | | $25,498.08 |
| **Bank of America**<br>P.O. Box 982238<br>El Paso, TX 79998 | | | | | | $29,528.78 |
| **Burch Equip, LLC**<br>P.O. Box 399<br>Faison, NC 28341-0399 | | | | | | $90,600.00 |
| **Chep**<br>P.O. Box 281033<br>Atlanta, GA 30384 | | | | | | $48,598.49 |
| **Command**<br>7500 Frontage Road<br>Skokie, IL 60076 | | | | | | $40,380.60 |
| **Edenfield - Attorneys**<br>P.O. Box 1700<br>Statesboro, GA 30459 | | | | | | $151,352.27 |
| **Enoble**<br>813 Ridge Lake Blvd<br>Memphis, TN 38120 | | | | | | $100,700.00 |
| **FedEx Containers**<br>P.O. Box 842206<br>Boston, MA 02284 | | | | | | $81,786.50 |
| **Giro - 2016**<br>P.O. Box 171137<br>Hialeah, FL 33017 | | | | | | $102,226.55 |

Debtor **Plantation Sweets, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hertz Equipment** 514 Bourne Avenue, Hwy 30 Savannah, GA 31418 | | | | | | $25,475.17 |
| **Ifco** P.O. Box 846041 Dallas, TX 78284-6041 | | | | | | $89,400.17 |
| **John Deere Financial** P.O. Box 4450 Carol Stream, IL 60197-4450 | | | | | | $547,714.30 |
| **Miranda International SAC** Calle Elias Aquirre #715 Marano Melgar Arequipa, Peru | | | | | | $56,670.37 |
| **Nunhems** 1200 Anderson Corner Road Parma, ID 83660 | | | | | | $97,188.37 |
| **Pratt Industries** P.O. Box 933949 Atlanta, GA 31193-3949 | | | | | | $72,912.50 |
| **RJS Logistics, Inc.** 2818 Gray Fox Road Monroe, NC 28110 | | | | | | $110,950.00 |
| **Semines Seed** P.O. Box 935619 Atlanta, GA 31193-5619 | | | | | | $39,600.00 |
| **Speedway** P.O. Box 250 Hall, NY 14463-0250 | | | | | | $46,872.42 |
| **U.S. Bank - Visa** P.O. Box 790408 Saint Louis, MO 63179 | | | | | | $24,165.15 |

| | | |
|---|---|---|
| PLANTATION SWEETS, INC.<br>1652 RONNY COLLINS ROAD<br>COBBTOWN GA 30420 | BURCH EQUIP, LLC<br>P.O. BOX 399<br>FAISON NC 28341-0399 | COMPUTER FORMS<br>P.O. BOX 23456<br>PORTLAND OR 97281-3456 |
| JAMES L. DRAKE, JR.<br>JAMES L. DRAKE, JR. P.C.<br>P.O. BOX 9945<br>SAVANNAH, GA 31412 | CAPITAL ONE<br>P.O. BOX 71083<br>CHARLOTTE NC 28272 | EDENFIELD - ATTORNEYS<br>P.O. BOX 1700<br>STATESBORO GA 30459 |
| ACMA (TBS FACTORING)<br>P.O. BOX 210513<br>KANSAS CITY MO 64121-0513 | CAT FINANCIAL<br>P.O. BOX 330339<br>NASHVILLE TN 37203 | ELBERTA CRATE & BOX COMPA<br>P.O. BOX 760<br>BAINBRIDGE GA 39818 |
| ADVANCED RESIDUALS MANAGEMENT, LLC<br>P.O. BOX 1108<br>FORT MILL SC 29716 | CLC FINANCIAL<br>P.O. BOX 978595<br>DALLAS TX 75397-8595 | EMCOR SERVICES<br>P.O. BOX 945617<br>ATLANTA GA 30394-2472 |
| AGAMERICA<br>4030 SOUTH PIPKIN ROAD<br>LAKELAND FL 33811 | CHASE VISA<br>P.O. BOX 15153<br>WILMINGTON DE 19886 | EMILIANO HERRERA-VELAZQUEZ<br>C/O DAWSON MORTON<br>104 MARIETTA STREET, NW, SUITE 250<br>ATLANTA GA 30303 |
| AMERICAN EXPRESS - BUSINESS<br>P.O. BOX 1270<br>NEWARK NJ 07101-1270 | CHEP<br>P.O. BOX 281033<br>ATLANTA GA 30384 | ENOBLE<br>813 RIDGE LAKE BLVD<br>MEMPHIS TN 38120 |
| AMERIGAS<br>8951 US HWY 301S<br>STATESBORO GA 30459 | CHERYL WRIGHT<br>C/O DAWSON MORTON<br>104 MARIETTA STREET, NW, SUITE 250<br>ATLANTA GA 30303 | ENTOURAGE<br>P.O. BOX 494<br>SHELBY OH 44875 |
| ANGELA DAY<br>C/O DAWSON MORTON<br>104 MARIETTA STREET, NW, SUITE 250<br>ATLANTA GA 30303 | COLUMBIA FRESH TRANSPORTATION SERVICES<br>P.O. BOX 2190<br>PORTLAND OR 97208 | FEDEX CONTAINERS<br>P.O. BOX 842206<br>BOSTON MA 02284 |
| BANK OF AMERICA<br>P.O. BOX 982238<br>EL PASO TX 79998 | COMMAND<br>7500 FRONTAGE ROAD<br>SKOKIE IL 60076 | FISHER PHILLIPS<br>1075 PEACHTREE ST., NE<br>SUITE 3500<br>ATLANTA GA 30309 |

| | | |
|---|---|---|
| FREIGHT ALL KINDS<br>P.O. BOX 5187<br>DENVER CO 80217 | ISAIAS MARTINEZ-ZAVALA<br>C/O. DAWSON MORTON<br>104 MARIETTA STREET, NW, SUITE 250<br>ATLANTA GA 30303 | MIRANDA INTERNATIONAL SAC<br>CALLE ELIAS AQUIRRE #715 MARI<br>AREQUIPA, PERU |
| GASPAR RESENDIZ-ALVAREZ<br>C/O DAWSON MORTON<br>104 MARIETTA STREET, NW, SUITE 250<br>ATLANTA GA 30303 | JOHN DEERE FINANCIAL<br>P.O. BOX 4450<br>CAROL STREAM IL 60197-4450 | NUNHEMS<br>1200 ANDERSON CORNER ROAD<br>PARMA ID 83660 |
| GEORGIA FEDERAL STATE<br>P.O. BOX 71767<br>ALBANY GA 31708-1767 | JOHN DEERE FINANCIAL<br>P.O. BOX 4450<br>CAROL STREAM IL 60197 | PATRICK CONEY<br>C/O DAWSON MORTON<br>104 MARIETTA STREE, NW, SUIT 25<br>ATLANTA GA 30303 |
| GIRO - 2016<br>P.O. BOX 171137<br>HIALEAH FL 33017 | JOSEPH LITTLES<br>C/O DAWSON MORTON<br>104 MARIETTA STREET, NW, SUITE 250<br>ATLANTA GA 30303 | PLS FREIGHT<br>5119 RELIABLE PARKWAY<br>CHICAGO IL 60686-0051 |
| HEATHER PARKER<br>C/O DAWSON MORTON<br>104 MARIETTA STREET, NW, SUITE 250<br>ATLANTA GA 30303 | JUAN HERNANDEZ-MARQUEZ<br>C/O DAWSON MORTON<br>104 MARIETTA STREET, NW, SUITE 250<br>ATLANTA GA 30303 | PRATT INDUSTRIES<br>P.O. BOX 933949<br>ATLANTA GA 31193-3949 |
| HERTZ EQUIPMENT<br>514 BOURNE AVENUE, HWY 30<br>SAVANNAH GA 31418 | KOPPERT<br>1502 OLD U.S. 23<br>HOWELL MI 48843 | RJS LOGISTICS, INC.<br>2818 GRAY FOX ROAD<br>MONROE NC 28110 |
| HOWARD SHEPPARD<br>P.O. BOX 797<br>SANDERSVILLE GA 31082 | LDI - LOGISTIC DYNAMICS, INC.<br>1140 WEHRLE DRIVE<br>AMHERST NY 14221 | ROAD RUNNER<br>TRUCKLOAD DIVISION<br>P.O. BOX 809267<br>CHICAGO IL 60680-9267 |
| IFCO<br>P.O. BOX 846041<br>DALLAS TX 78284-6041 | LINDA POPE<br>C/O DAWSON MORTON<br>104 MARIETTA STREET, NW, SUITE 250<br>ATLANTA GA 30303 | RW GRIFFIN<br>P.O. BOX 1350<br>DOUGLAS GA 31534 |
| INLAND LOGISTICS<br>P.O. BOX 93957<br>LAS VEGAS NV 89193 | MARTHA HUNTER<br>C/O DAWSON MORTON<br>104 MARIETTA STREET, NW, SUITE 250<br>ATLANTA GA 30303 | SCHNEIDER NATIONAL, INC.<br>P.O. BOX 281496<br>ATLANTA GA 30384-1496 |

SEMINES SEED
P.O. BOX 935619
ATLANTA GA 31193-5619

U.S. DEPARTMENT OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON DC 20210


SENSITECH
P.O. BOX 742000
LOS ANGELES CA 90074-2000

U.S. DEPARTMENT OF LABOR - OSHA
200 CONSTITUTION AVENUE, NW
ROOM NUMBER N3626
WASHINGTON DC 20210


SPEEDWAY
P.O. BOX 250
HALL NY 14463-0250

UNITED RENTALS
P.O. BOX 100711
ATLANTA GA 30384-0711


STRICKLAND BROS, ENTERPRISES
P.O. BOX 536
3622 WIGGINS ROAD
SPRING HOPE NC 27882-0536

VAS & BEE CO., INC.
1890 GEORGIA HIGHWAY 178
LYONS GA 30436


SUNTECK
6413 CONGRESS AVE
SUITE 260
BOCA RATON FL 33487

WELLS FARGO
800 WALNUT STREET
DES MOINES IA 50309


TAMMIE ANTHONY
C/O DAWSON MORTON
104 MARIETTA STREET, NW, SUITE 250
ATLANTA GA 30303

XPO LOGISTICS, INC.
27724 NETWORK PLACE
CHICAGO IL 60673-1277


TOP AIR, INC.
101 N. ROSWELL BLVD
P.O. BOX 130
PARMA ID 83660

YANCEY BROS., CO.
CREDIT DEPARTMENT
259 LEE INDUSTRIAL BLVD
AUSTELL GA 30168-7437


TRIPLE T
P.O. BOX 53009
CINCINNATI OH 45253


U.S. BANK - VISA
P.O. BOX 790408
SAINT LOUIS MO 63179

# United States Bankruptcy Court
## Southern District of Georgia

In re  **Plantation Sweets, Inc.**                                                                  Case No.
                                          Debtor(s)                                                 Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Plantation Sweets, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**July 12, 2016**                                                 **/s/ James L. Drake, Jr.**
Date                                                              **James L. Drake, Jr.**
                                                                  Signature of Attorney or Litigant
                                                                  Counsel for   **Plantation Sweets, Inc.**
                                                                  **James L. Drake, Jr. P.C.**
                                                                  **P.O. Box 9945**
                                                                  **Savannah, GA 31412**
                                                                  **(912) 790-1533**