Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Plantation Sweets, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ACMA (TBS Factoring)**<br>P.O. Box 210513<br>Kansas City, MO 64121-0513 | | | | | | $27,047.64 |
| **Amerigas**<br>8951 US Hwy 301S<br>Statesboro, GA 30459 | | | | | | $25,498.08 |
| **Bank of America**<br>P.O. Box 982238<br>El Paso, TX 79998 | | | | | | $29,528.78 |
| **Burch Equip, LLC**<br>P.O. Box 399<br>Faison, NC 28341-0399 | | | | | | $90,600.00 |
| **Chep**<br>P.O. Box 281033<br>Atlanta, GA 30384 | | | | | | $48,598.49 |
| **Command**<br>7500 Frontage Road<br>Skokie, IL 60076 | | | | | | $40,380.60 |
| **Edenfield - Attorneys**<br>P.O. Box 1700<br>Statesboro, GA 30459 | | | | | | $151,352.27 |
| **Enoble**<br>813 Ridge Lake Blvd<br>Memphis, TN 38120 | | | | | | $100,700.00 |
| **FedEx Containers**<br>P.O. Box 842206<br>Boston, MA 02284 | | | | | | $81,786.50 |
| **Giro - 2016**<br>P.O. Box 171137<br>Hialeah, FL 33017 | | | | | | $102,226.55 |

Debtor **Plantation Sweets, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Hertz Equipment** 514 Bourne Avenue, Hwy 30 Savannah, GA 31418 | | | | | | $25,475.17 |
| **Ifco** P.O. Box 846041 Dallas, TX 78284-6041 | | | | | | $89,400.17 |
| **John Deere Financial** P.O. Box 4450 Carol Stream, IL 60197-4450 | | | | | | $547,714.30 |
| **Miranda International SAC** Calle Elias Aquirre #715 Marano Melgar Arequipa, Peru | | | | | | $56,670.37 |
| **Nunhems** 1200 Anderson Corner Road Parma, ID 83660 | | | | | | $97,188.37 |
| **Pratt Industries** P.O. Box 933949 Atlanta, GA 31193-3949 | | | | | | $72,912.50 |
| **RJS Logistics, Inc.** 2818 Gray Fox Road Monroe, NC 28110 | | | | | | $110,950.00 |
| **Semines Seed** P.O. Box 935619 Atlanta, GA 31193-5619 | | | | | | $39,600.00 |
| **Speedway** P.O. Box 250 Hall, NY 14463-0250 | | | | | | $46,872.42 |
| **U.S. Bank - Visa** P.O. Box 790408 Saint Louis, MO 63179 | | | | | | $24,165.15 |