IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| PLANTATION SWEETS, INC. | ) CHAPTER 11 CASE NO. 16-60300-EJC |
| | ) |
| IN THE MATTER OF | ) CHAPTER 11 CASE NO. 16-60299-EJC |
| | ) |
| VIDALIA PLANTATION, INC. | ) |
| | ) |
| Debtor | ) |

## AMENDED MOTION TO USE CASH COLLATERAL AND REQUEST FOR EXPEDITED HEARING

TO: THE HONORABLE EDWARD J. COLEMAN, III, UNITED STATES BANKRUPTCY JUDGE

The motion of Plantation Sweets, Inc., ("Plantation"), and Vidalia Plantation, Inc., ("Vidalia"), debtors-in-possession, respectfully represents:

1. This motion is brought pursuant to 11 U.S.C. § 363 (c)(2) and Bankruptcy Rule 4001(b).

2. Plantation filed its petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code on July 12, 2016, and has continued in possession of its property and in the operation of its business as debtor-in-possession.

3. Vidalia filed its petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code on July 12, 2016, and has continued in possession of its property and in the operation of its business as debtor-in-possession.

3. Wells Fargo Bank, N.A. ("Wells Fargo"), is the holder of a first in priority security interest in certain collateral including but not limited to crops, all rights to

payments from the sale of crops and all rights to payments with respect to any insurance and any federal or state payment programs relating to crops of Plantation and Vidalia, to secure that certain promissory note (the "Note") dated April 22, 2015, in the original principal amount of $4,200,000.00.

4. Neither Plantation nor Vidalia have any source of income other than the proceeds from crop sales.

5. Attached hereto as Exhibit A is a fifteen (15) week cash forecast which itemizes the income and expenses necessary for the continued operations of Plantation and Vidalia.

6. If Plantation and Vidalia are not allowed to use crop sales proceeds to pay the ordinary and necessary expenses incurred in the operation of their businesses the ability to reorganize and rehabilitate their businesses under Chapter 11 of the Bankruptcy Code will be lost.

7. Wells Fargo's security interest in the collateral securing its claim on the petition date is adequately protected.

8. Time is of the essence in this matter inasmuch as movant needs funds, inter alia, to pay its employee payroll on July 15, 2016.

**WHEREFORE** Plantation and Vidalia request: 1) Permission pursuant to 11 U.S.C. § 363 (c)(2) to use the proceeds from crop sales which are subject to the security interest held by Wells Fargo, to pay the ordinary and necessary expenses incurred in the operation of their businesses as set forth on Exhibit A hereto, unless otherwise agreed to by Plantation, Vidalia and Wells Fargo until further order of the Court; 2) an expedited

hearing on this motion; and 3) such other and additional relief as the Court deems equitable or appropriate.

 Dated at Savannah, Georgia, this 13th of July, 2016.

           <u>/s/ James L. Drake, Jr.</u>
           James L. Drake, Jr.
           Attorney for Plantation Sweets, Inc. and
           Vidalia Plantation, Inc.

Prepared by:
JAMES L. DRAKE, JR.
ATTORNEY AT LAW
P. O. BOX 9945
SAVANNAH, GA 31412
(912) 790-1533

# EXHIBIT A

Plantation Sweets
Vidalia Plantation

Cash Forecast

| | 2016/17 Projected | Rates or Factors | 7/15/2016 | 7/22/2016 | 7/29/2016 | 8/5/2016 | 8/12/2016 | 8/19/2016 | 8/26/2016 | 9/2/2016 | 9/9/2016 | 9/16/2016 | 9/23/2016 | 9/30/2016 | 10/7/2016 | 10/14/2016 | 10/21/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Accounts Receivable | 800,000 | | 800,000 | 666,667 | 652,373 | 519,040 | 385,707 | 252,373 | (0) | (0) | (0) | (0) | (0) | - | - | - | - |
| Sales | 11,304,920 | | - | 119,040 | - | - | - | - | 45,584 | 45,584 | 45,584 | 45,584 | 45,584 | 45,584 | 45,584 | 45,584 | 45,584 |
| Collections | (9,366,860) | 4 | (130,000) | (130,000) | (130,000) | (130,000) | (130,000) | (249,040) | (45,584) | (45,584) | (45,584) | (45,584) | (45,584) | (45,584) | (45,584) | (45,584) | (45,584) |
| Adjustments | (225,435) | 2.5% | (3,333) | (3,333) | (3,333) | (3,333) | (3,333) | (3,333) | - | - | - | - | | | | | |
| Ending Accounts Receivable | 2,512,624 | | 666,667 | 652,373 | 519,040 | 385,707 | 252,373 | (0) | (0) | (0) | (0) | (0) | (0) | - | - | - | - |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | | | |
| Collections | 9,366,860 | | 130,000 | 130,000 | 130,000 | 130,000 | 130,000 | 249,040 | 45,584 | 45,584 | 45,584 | 45,584 | 45,584 | 45,584 | 45,584 | 45,584 | 45,584 |
| | 0 | | | | | | | | | | | | | | | | |
| Crop Insurance | 0 | | | | | | | | | | | | | | | | |
| | 0 | | | | | | | | | | | | | | | | |
| New Debt | 0 | | | | | | | | | | | | | | | | |
| Miscellaneous | 0 | | | | | | | | | | | | | | | | |
| **TOTAL CASH RECEIPTS** | 9,366,860 | | 130,000 | 130,000 | 130,000 | 130,000 | 130,000 | 249,040 | 45,584 | 45,584 | 45,584 | 45,584 | 45,584 | 45,584 | 45,584 | 45,584 | 45,584 |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | | | | |
| **Crop Inputs** | | | | | | | | | | | | | | | | | |
| Payroll | 2,628,741 | | 16,185 | 16,185 | 16,185 | 16,185 | 16,185 | 16,185 | 22,694 | 13,450 | 18,550 | 18,550 | 18,550 | 18,550 | 29,457 | 29,457 | 29,457 |
| Contract Labor | 34,816 | | 14,929 | 19,887 | | | | | | | | | | | | | |
| Seed and Transplants | 447,150 | | - | - | - | - | - | 150,000 | - | - | - | - | - | - | - | - | - |
| Chemicals | 494,296 | | - | - | - | 17,788 | - | 17,788 | 33,188 | - | 13,125 | 938 | 938 | 938 | - | - | - |
| Fertilizer & Lime | 720,985 | | - | - | - | - | 43,895 | - | - | - | - | - | - | - | - | - | - |
| Packaging | 1,105,777 | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Crop Inputs** | 5,431,765 | | 31,114 | 36,072 | 16,185 | 33,972 | 60,080 | 183,972 | 55,882 | 13,450 | 31,675 | 19,487 | 19,487 | 19,487 | 29,457 | 29,457 | 29,457 |
| Product Purchases | 0 | | | | | | | | | | | | | | | | |
| Resale Purchases | 0 | | | | | | | | | | | | | | | | |
| **Total Product Purchases** | 0 | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Farming Period Costs** | | | | | | | | | | | | | | | | | |
| Crop Insurance | 21,164 | | | 18,576 | | | | | 2,588 | | | | | | | | |
| Freight & Trucking | 706,022 | | 6,022 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 0 | | | | | | | | | | | | | | | | |
| Pest Control | 5,000 | | | | | 156 | - | - | - | 156 | - | - | - | - | 156 | - | 1,563 |
| Porta Jon | 2,700 | | | | | - | - | - | - | - | - | - | - | - | - | - | 1,350 |
| Inspection Fees | 25,000 | | | | | - | - | - | - | - | - | - | - | - | - | - | - |
| Fuel | 220,000 | | | | | 4,615 | 4,615 | 4,615 | 4,615 | 9,231 | 9,231 | 9,231 | 9,231 | 9,231 | 3,077 | 3,077 | 3,077 |
| Land Leases | 116,712 | | - | - | - | 990 | - | - | 1,975 | - | - | - | - | 750 | - | - | - |
| Equipment Leases | 0 | | | | | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | 170,000 | | | 20,000 | | 6,818 | - | - | - | 6,818 | - | - | - | - | 6,818 | - | - |
| Insurance | 75,000 | | | | | - | - | 6,250 | - | - | - | - | 6,250 | - | - | - | 6,250 |
| H2A Transportation & Expenses | 14,000 | | | | | - | - | - | - | - | - | - | - | - | - | - | - |
| Equipment Rent | 90,000 | | | | | 1,151 | 1,151 | 1,151 | 1,151 | 1,151 | 1,151 | 1,151 | 1,151 | 1,151 | 575 | 575 | 575 |
| Supplies | 130,876 | | 20,000 | 10,876 | | 1,923 | 1,923 | 1,923 | 1,923 | 1,923 | 1,923 | 1,923 | 1,923 | 1,923 | 1,923 | 1,923 | 1,923 |
| Repairs and Maint. | 234,291 | | 20,000 | 14,291 | | 1,724 | 1,724 | 1,724 | 1,724 | 3,448 | 3,448 | 3,448 | 3,448 | 3,448 | 3,448 | 3,448 | 3,448 |
| | 0 | | | | | | | | | | | | | | | | |
| Property Taxes | 35,000 | | | | | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | - | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Farming Period Costs** | 1,845,764 | 46,022 | 63,743 | - | 17,378 | 9,413 | 15,663 | 13,976 | 22,727 | 15,753 | 15,753 | 22,003 | 16,503 | 15,998 | 9,024 | 18,186 |
| **Selling and Administrative Costs** | | | | | | | | | | | | | | | | |
| Commissions -Richard Stock | 72,000 | | | | 1,385 | 1,385 | 1,385 | 1,385 | 1,385 | 1,385 | 1,385 | 1,385 | 1,385 | 1,385 | 1,385 | 1,385 |
| Advertising & Marketing | 27,500 | | | | - | - | - | - | - | - | - | - | 4,342 | - | - | - |
| Computer and Internet | 5,000 | | | | - | - | - | - | - | - | - | - | - | - | - | - |
| Contributions | 0 | | | | - | - | - | - | - | - | - | - | - | - | - | - |
| Dues, Membership & Sub. | 62,000 | | | | - | - | - | 1,590 | - | - | - | - | 1,590 | - | - | - |
| | 0 | | | | | | | | | | | | | | | |
| | 0 | | | | | | | | | | | | | | | |
| Office Supplies | 5,000 | | | | - | - | - | 417 | - | - | - | - | 417 | - | - | - |
| Postage | 5,000 | | | | - | - | - | 417 | - | - | - | - | 417 | - | - | - |
| Professional Fees - Taxes | 25,000 | | | | - | - | - | - | - | - | - | - | 3,571 | - | - | - |
| Legal | 150,000 | | | | - | - | - | - | - | - | - | - | 19,565 | - | - | - |
| Consulting | 200,000 | | | | - | - | - | - | - | - | - | - | 25,000 | - | - | - |
| Security & Fire system | 0 | | | | - | - | - | - | - | - | - | - | - | - | - | - |
| Telephone | 24,000 | | | | - | - | - | 2,000 | - | - | - | - | 2,000 | - | - | - |
| US Trustee Fees | 28,275 | | | | | | | | | | | | | | | |
| Misc. | 0 | | | | - | - | - | - | - | - | - | - | - | - | - | - |
| Bank Charges | 7,500 | | | | - | - | - | 625 | - | - | - | - | 625 | - | - | - |
| **Total S & A Costs** | 611,275 | - | - | - | 1,385 | 1,385 | 1,385 | 6,433 | 1,385 | 1,385 | 1,385 | 1,385 | 58,911 | 1,385 | 1,385 | 1,385 |
| **Total Expense Disbursements** | 7,888,804 | 77,135 | 99,815 | 16,185 | 52,735 | 70,878 | 201,020 | 76,291 | 37,562 | 48,812 | 36,625 | 42,875 | 94,902 | 46,840 | 39,866 | 49,028 |
| **Other Disbursements** | | | | | | | | | | | | | | | | |
| **Total Other Disbursements** | 0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total All Disbursements** | 7,888,804 | 77,135 | 99,815 | 16,185 | 52,735 | 70,878 | 201,020 | 76,291 | 37,562 | 48,812 | 36,625 | 42,875 | 94,902 | 46,840 | 39,866 | 49,028 |
| Net Cash | 1,478,056 | 52,865 | 30,185 | 113,815 | 77,265 | 59,122 | 48,020 | (30,707) | 8,022 | (3,228) | 8,959 | 2,709 | (49,318) | (1,256) | 5,718 | (3,444) |
| Cumulative Cash | 0 | 52,865 | 83,050 | 196,865 | 274,130 | 333,252 | 381,272 | 350,565 | 358,587 | 355,359 | 364,318 | 367,027 | 317,710 | 316,454 | 322,172 | 318,728 |