# United States Bankruptcy Court
## For the Southern District of Georgia

In the matter of: ) Chapter 11
)
Plantation Sweets, Inc. ) Case Number 16-60300-EJC
)
      Debtor(s) ) Judge: Edward J. Coleman, III

### NOTICE OF PRELIMINARY HEARING ON MOTION AND NOTICE PURSUANT TO BANKRUPTCY RULE 4001(d)

NOTICE IS HEREBY GIVEN THAT:

1) An Emergency <u>Preliminary Hearing</u> pursuant to Bankruptcy Rule 4001(b)(2) on Amended Motion to Use Cash Collateral filed on July 13, 2016 (Docket #6) by Debtor, Plantation Sweets, Inc. will be held on:

> July 15, 2016 at 10:00 AM
> Bankruptcy Courtroom #228
> U.S. Courthouse
> 125 Bull St.
> Savannah, GA 31401

2) Pursuant to Bankruptcy Rule 4001(d), the Court will consider approval or disapproval of any agreement entered into by the parties with respect to the above motion at the same time and place set forth above. Any party wishing to be notified of the terms of any such agreement or wishing to be heard on the question of its approval shall appear and be prepared to proceed.

> Lucinda B. Rauback, CLERK
> United States Bankruptcy Court
> P.O. Box 8347
> Savannah, Georgia 31412

Dated July 13, 2016

### ORDER

The automatic stay under 11 U.S.C. Section 362 is hereby continued and shall remain in full force and effect pending the final ruling on the Motion.

_____
Edward J. Coleman, III, U.S. Bankruptcy Judge

Dated July 13, 2016

*11-08 (Rev.9/02) CA*